# EXHIBIT 1

| | |
|---|---|
| 1 | Robert D. Ryan – 014639 |
| 2 | **LAW OFFICES OF**<br>**ROBERT D. RYAN, P.L.C.** |
| 3 | 343 W. Roosevelt Street, Suite 220 |
| 4 | Phoenix, AZ  85003<br>(602) 256-2333 |
| 5 | e-mail:  rob@robertdryan.com |
| 6 | Attorney for Plaintiffs |

IN THE UNITED STATES  DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sally Le and Cuong Le, husband and wife, | ) | |
| Plaintiffs, | ) | Case No.:  CV 22-00044-TUC-JR |
| v. | ) | |
| State Farm Fire and Casualty Company, a foreign corporation, et al., | ) | **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT** |
| Defendants. | ) | |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs Sally Le and Cuong Le, hereby submit the following requests for production of documents to Defendant State Farm Fire and Casualty Company, original responses to be provided to the Law Offices of Robert D. Ryan, PLC, 343 W. Roosevelt Street, Suite 220, Phoenix, Arizona, 85003, within thirty (30) days of their service.

**DEFINITIONS**

For purposes of this discovery request, the following definitions apply (unless otherwise indicated):

1

1. The terms State Farm as used herein refers to Defendant State Farm Fire and Casualty Company, and any of its related or affiliated groups, companies, entities, agents, adjusters, or representatives.

2. The term "communication" or "communications" shall refer to any oral or written conversation of any kind, including, without limitations, face-to-face conversations, telephone conversations, letters, meetings, memoranda, telegraphic communications or transmittals of documents, voice messages, e-mails, instant message conversations, app(s) messages, or cellular phone text messages.

3. The term "document" or "documents" as used herein means the original of any written, printed, typed, recorded or other graphic material of any kind or nature, including without limitation: correspondence, letters, telegrams, notes, records, diaries, statistics, transcripts, interoffice and intraoffice communications, notations of conversations, bulletins, teletype, telefax, charts, microfiche, motion pictures, electronic/mechanical/electrical recordings or representations of any kind including discs, cartridges, and chips, pamphlets, statements, memoranda, accounting records (including without limitation journals, ledgers, work papers, schedules, analyses reports), photographs, tape recordings, microfilm, motion pictures, booklets, pamphlets, circulars, computer runs, summaries or analyses of computer runs or any document necessary to the comprehension or understanding of any designated document, or any other retrievable data, invoices, bills, checks, check copies, check registers, canceled checks, minutes, agreements, studies or reports, in your possession, custody, or control or your agents', or known by you to exist, and includes copies or reproductions of the foregoing if the original is no longer available or where the copy of reproduction contains any entry or notation not present on the original or otherwise differs from the original, and all other "writings" and "recordings." If a portion of any document has been designated for

production, the designation shall require the production of the entire document, without alteration or deletion.

*4. The term "State Farm Appraisal[s]," as used immediately below, refers to the appraisal of Coverage A dwelling losses appearing in any State Farm homeowners' insurance policy and Coverage A dwelling losses relevant to any State Farm Rental Dwelling Policy.*

## REQUESTS FOR PRODUCTION

1. Produce all documents within your possession or control, including electronically stored information, that tracks or identifies the number of State Farm Appraisals that have occurred in Arizona from January 2018 to the present.

2. Produce all documents within your possession or control, including electronically stored information, that tracks or identifies the amount of any payment made by State Farm on any State Farm Appraisal in Arizona from 2018 to the present.

3. With respect to any documents presented in response to Request for Production No. 2, produce all documents within your possession or control, including electronically stored information, that reflects the amount of each appraisal award or decision being paid by State Farm.

4. Produce all documents within your possession or control, including electronically stored information, that tracks or identifies any State Farm Appraisal occurring in Arizona from January 2018 to the present, where State Farm did not pay an appraisal award or decision in its entirety based upon its claim of a coverage issue existing under its insurance policy.

5. Produce all documents within your passion or control, including electronically stored information, that reflect[s] any communications between State Farm, any of its representatives, adjusters, or attorneys and appraiser Adam Salene concerning Plaintiffs' appraisal at issue in this action.

6. Produce all documents within your possession or control, including electronically stored information, that is identified as or serves as: guidelines, an operational guide, procedural manual, procedures, claim manuals, and/or instructional material about the appraisal process made available to State Farm's adjusters or personnel concerning any State Farm Appraisal occurring in Arizona from January 2018 to the present.

7. Produce all documents within your possession or control, including electronically stored information, that is identified as or serves as: an instructional guide, procedure protocol, instruction, advisory guideline[s], claim manuals, and/or operational guide concerning the issue of "Cause of Loss" or "Causation" involved in the appraisal process made available to State Farm's adjusters or personnel with respect to any State Farm Appraisal occurring in Arizona from January 2018 to the present.

8. Produce all documents within your passion or control, including electronically stored information, that reflect[s] any communication[s] between State Farm, any of its representatives, adjusters, or attorneys and Adam Salene, where Mr. Salene was retained by State Farm as an appraiser with respect to any State Farm Appraisal occurring in Arizona from January 2018 to the present.

9. Produce all documents within your possession or control, including electronically stored information, that is identified as or serves as: guidelines, an operational guide, procedural manual, procedures, claims manuals, and/or instructional material concerning the payment of loss of use and/or loss of rents made available to State Farm's adjusters or personnel from January 2018 to the present.

10. Produce all documents comprising the complete claims file concerning the adjustment of Plaintiffs' insurance claims at issue in this legal action, including, but not limited to:

4

adjuster notes, emails, estimates, payments, interoffice communications, Xactimate or Xactanalysis communications or messaging, etc.

DATED this 29th day of March 2023.

**LAW OFFICES OF ROBERT D. RYAN, PLC**

By: /s/ Robert D. Ryan
*Attorney For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and transmitted Notice of Electronic Filing through the same system to the following CM/ECF registrants:

Tyler M. Abrahams
tma@bowwlaw.com
BROENING OBERG WOODS & WILSON
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004
*Attorneys for State Farm*
*Fire and Casualty Company*

By: /s/ Pauline Rubio