# EXHIBIT 2

Robert D. Ryan – 014639
**LAW OFFICES OF**
**ROBERT D. RYAN, P.L.C.**
343 W. Roosevelt Street, Suite 220
Phoenix, AZ 85003
(602) 256-2333
e-mail: rob@robertdryan.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sally Le and Cuong Le, husband and wife, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> State Farm Fire and Casualty Company, a ) <br> foreign corporation, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: CV 22-00044-TUC-JR <br><br> **PLAINTIFFS' FIRST SET OF NON-UNIFORM INTERROGATORIES TO DEFENDANT** |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs Sally Le and Cuong Le, hereby submit the following non-uniform interrogatories to Defendant State Farm Fire and Casualty Company, original responses to be provided to the Law Offices of Robert D. Ryan, PLC, 343 W. Roosevelt Street, Suite 220, Phoenix, Arizona, 85003, within thirty (30) days of their service.

**DEFINITIONS**

For purposes of this discovery request, the following definitions apply (unless otherwise indicated):

1

1. The terms State Farm as used herein refers to Defendant State Farm Fire and Casualty Company, and any of its related or affiliated groups, companies, entities, agents, adjusters, or representatives.

2. The term "identify" when used herein in reference to an individual requires the respondent to provide the name of the individual at issue and all relevant contact information about the individual that the respondent has in its possession and control.

*3. The term "State Farm Appraisal[s]," as used immediately below, refers to the appraisal of Coverage A dwelling losses appearing in any State Farm homeowners' insurance policy and Coverage A dwelling losses relevant to any State Farm Rental Dwelling Policy.*

**REQUESTS FOR PRODUCTION**

1. On how many occasions has Adam Salene been retained by State Farm to serve as its appraiser in any State Farm Appraisal in Arizona from January 2018 to the present?

Answer:

2. Identify any and all individuals at State Farm who were involved in the decision to pay $27,767.99 in response to the appraisal award obtained by Plaintiffs in the present action, that payment made on or about October 20, 2021. For each individual identified, please describe their respective role in the payout decision process.

Answer:

3. Before the above-referenced payment was made to Plaintiffs or about October 20, 2021, was their appraisal award sent to any State Farm personnel located outside of Arizona, including but not limited to any Central Investigation Unit or State Farm employees or personnel

2

who review appraisal awards before payment is issued? If so, please identify all such individuals or processing units.

Answer:

4. Identify by city, town, or rural area location and claim number, the total number of State Farm Appraisals in Arizona where the appraisal award or decision was rendered between January 2018 and the present.

Answer:

5. For those State Farm Appraisals identified in response to Interrogatory No. 4, in how many of those did State Farm pay any portion of the Dwelling/Coverage A values of the appraisal award or decision without first reducing the replacement cost value determined by the appraisers?

Answer:

6. For those State Farm Appraisals identified in response to Interrogatory No. 4, in how many of those did State Farm reduce the replacement cost value in the appraisal award or decision before making any subsequent payment to the insured on the Dwelling/Coverage A facet of the loss? Where there was such a reduction, identify the amount of the replacement cost value in the appraisal award or decision and to what amount it was reduced.

Answer:

7. For those State Farm Appraisals identified in response to Interrogatory No. 4, in how many of those did State Farm reduce the replacement cost value in whole or in part based upon a

3

contention that the appraisers' improperly decided the issue of cause or causation of the loss? Where there was such a reduction, identify the amount of the replacement cost value in the appraisal award and to what amount it was reduced.

Answer:

8. For those State Farm Appraisals identified in response to Interrogatory No. 4, in how many of those did State Farm reduce the replacement cost value in whole or in part due to a coverage issue in the policy that it deemed was wrongfully decided by the appraisers? Where there was such a reduction, identify the amount of the replacement cost value in the appraisal award and to what amount it was reduced.

Answer:

9. For those State Farm Appraisals identified in response to Interrogatory No. 4, in how many of those did State Farm make payment to the insured on the dwelling/Coverage A facet of the award without any reduction to the replacement cost value?

Answer:

DATED this 29th day of March 2023.

**LAW OFFICES OF ROBERT D. RYAN, PLC**

By: /s/ Robert D. Ryan
    *Attorney For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and transmitted Notice of Electronic Filing through the same system to the following CM/ECF registrants:

Tyler M. Abrahams
tma@bowwlaw.com
BROENING OBERG WOODS & WILSON
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004
*Attorneys for State Farm*
*Fire and Casualty Company*

By: /s/ Pauline Rubio

5